# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1286
_____

CLIFTON MCNEIL BROOKS SR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

June 4, 2018

PER CURIAM.

    Upon consideration of Appellant's response to the Court's order of March 28, 2018, the Court has determined that the notice of appeal failed to invoke the Court's jurisdiction to review the June 6, 2017, Order Denying Defendant's Amended Petition for Writ of Habeas Corpus Pursuant to a Belated Appeal in a timely manner. Accordingly, the appeal is dismissed.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Clifton McNeil Brooks Sr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.